# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**KENNETH RAY QUIGLEY**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **05-cr-0002**

<u>Aaron Williams</u>
Defendant's Attorney

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): I
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possession of a Controlled Substance | 09/02/05 | I |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X]  Count(s) II (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

01/10/2006
Date of Imposition of Judgment

s/ Craig M. Kellison
Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

01/10/2006
Date

DEFENDANT: KENNETH RAY QUIGLEY

## IMPRISONMENT

As to Count I, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifteen (15) days, forthwith.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties
Case 3:05-cr-00002-CMK   Document 6   Filed 01/10/06   Page 3 of 4

CASE NUMBER:      05-cr-0002                                                  Judgment - Page 3 of 4
DEFENDANT:        KENNETH RAY QUIGLEY

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|         | Assessment | Fine | Restitution |
|---------|------------|------|-------------|
| Totals: | $ 25.00    | $    | $           |

The court determines that the defendant does not have the ability to pay a fine.

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ __.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement is waived.

    [ ]   The interest requirement is modified as follows:

# RESTITUTION

[ ]   The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement is waived.

    [ ]   The interest requirement is modified as follows:

[ ]   The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---------------|------------------------|-------------------------------|------------------------------|
|               | TOTALS:                | $ ____                        | $ ____                       |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties   Case 3:05-cr-00002-CMK   Document 6   Filed 01/10/06   Page 4 of 4

CASE NUMBER:     05-cr-0002 Judgment - Page 4 of 4
DEFENDANT:       KENNETH RAY QUIGLEY

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [✔] immediately; or

B  [ ]  $ __ immediately, balance due (in accordance with C, D, or E); or

C  [ ] not later than __ ; or

D  [ ] in installments to commence __ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  [ ] in __ (e.g. equal, weekly, monthly, quarterly) installments of $ __ over a period of __ year(s) to commence __ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

[ ]  The defendant shall pay the cost of prosecution.

# FORFEITURE

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer, or the United States Attorney.